IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| **MARCELINE WHITE,** | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No.:1:14-cv-03295-RDB |
| **GREEN TREE SERVICING, LLC, n/k/a DITECH FINANCIAL, LLC,** | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*   \* \* \* \* \* \* \* \* \* \*

## ORDER & FINAL JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff Marceline White has accepted the offer from Defendant Green Tree Servicing LLC, n/k/a Ditech Financial, LLC to allow judgment to be taken against it for all claims presented in this action by the Plaintiff (ECF. _____).[1] Accordingly, it is this ___10th___ day of February, 2016, by the United States District Court for the District of Maryland, ORDERED that:

1. Judgment BE, and the same hereby IS, ENTERED in favor of Plaintiff Marceline White and against Defendant Green Tree Servicing LLC n/k/a Ditech Financial, LLC in the amount of FIFTY THOUSAND DOLLARS ($50,000.00).

2. The Clerk will transmit a copy of this Order to counsel for the parties and CLOSE this case.

_____
The Honorable Richard D. Bennett
District Judge

---

[1] These include: (i) Count III pursuant to the Real Estate Settlement Procedures Act, 12 U.S.C.A. § 2605 & 12 C.F.R. § 1024.35; (ii) Count IV pursuant to the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq*; (iii) Count V pursuant to common law tortious interference with economic relationship; and (iv) Count VI pursuant to common law willful or malice defamation.

1