# IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF MARYLAND
### (Northern Division)

**MARCELINE WHITE**
       **Plaintiff,**

**v.**

**GREEN TREE SERVICING LLC**
       **Defendant**

**Case No.**  1:14-cv-03295-RDB

---

## ORDER OF SATISFACTION OF JUDGMENT

Ms. Clerk:

Pursuant to Fed R. Civ. Pro. 69(a)(1) and Maryland Rule 2-626(a), please mark the Judgment entered in this case on February 11, 2016 (ECF 39) as paid in full and satisfied.

Dated:  April 14, 2016

Respectfully Submitted,

_____//s//_____
Phillip Robinson, Bar No.  27824
Consumer Law Center LLC
8737 Colesville Road, Suite 308
Silver Spring, MD 20910
Phone (301) 448-1304
phillip@marylandconsumer.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent by the Court's ECF service

on this 8th day of April 2016 to all counsel of record

/s/ Phillip R. Robinson_____
Phillip R. Robinson